```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 30797
   RITA HUGHES GASTON
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-1104

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/19/2004 and was confirmed 10/07/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  92.33% from remaining funds.

     The case was paid in full 11/19/2007.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
AMERICAN GENERAL FINANCE   SECURED              200.00         2.13         200.00
AMERICAN GENERAL FINANCE   UNSECURED         NOT FILED          .00            .00
GENERAL MOTORS ACCEPTANC   SECURED                 .00          .00            .00
STERLING INC               SECURED              150.00         1.59         150.00
STERLING INC               UNSECURED OTH       480.27          .00         444.90
LITTON LOAN SERVICING      CURRENT MORTG          .00          .00            .00
ROUNDUP FUNDING LLC        UNSECURED OTH      2030.01          .00        1873.22
CAPITAL ONE BANK           UNSECURED           611.19          .00         564.29
CAPITAL ONE BANK           UNSECURED OTH       911.05          .00         840.68
WAL MART STORES INC        UNSECURED         NOT FILED          .00            .00
LEGAL HELPERS PC           DEBTOR ATTY       1,750.00                    1,750.00
TOM VAUGHN                 TRUSTEE                                         329.19
DEBTOR REFUND              REFUND                                              .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                  RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              6,156.00

PRIORITY                                         .00
SECURED                                       350.00
   INTEREST                                     3.72
UNSECURED                                   3,723.09
ADMINISTRATIVE                              1,750.00
TRUSTEE COMPENSATION                          329.19
DEBTOR REFUND                                    .00
                    ---------------      ---------------
TOTALS               6,156.00               6,156.00



             PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 30797 RITA HUGHES GASTON
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 30797 RITA HUGHES GASTON